```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 94-6024-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                              **O R D E R**

ELIJAH FAVORS,

      Defendant.
_____/

THIS MATTER is before the Court upon Defendant Elijah Favors's Motion For Reconsideration Of The Two Level Reduction (DE 177). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Defendant was found guilty of as to Count 1 of a three-count Indictment, which charged him with conspiring to possess with intent to distribute cocaine and cocaine base. His original sentencing guideline range was 262-237 months, and the Court sentenced him to 262 months. By operation of an amendment to the United States Sentencing Guidelines, Defendant's guideline range was reduced to 210-262 months. However, a statutory mandatory minimum raises his guideline range to 240 to 262 months.

By prior Order (DE 175) the Court granted Defendant's prior Motion To Reduce Sentence (DE 173). The Court modified Defendant's sentence to 240 months, the bottom of the guideline range with the applicable statutory mandatory minimum applied.

Defendant filed the instant Motion (DE 177) seeking a further

reduction of his sentence to 210 months. However, as noted above, the Court is without power to sentence Defendant below the statutory mandatory minimum. Therefore, the instant Motion shall be denied.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Elijah Favors's Motion For Reconsideration Of The Two Level Reduction (DE 177) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   22nd   day of September, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record